# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
JUN 14 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Martin Jaquez-Loera

(Full name of the Plaintiff(s) in this action)

v.

Stephen Harmon

Southren Health Partners

Jana Marple

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:21-CV-91-GNS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Martin Jaquez-Loera

Place of Confinement: Warren County Regional Jail

Address: 920 Kentucky St. Bowling Green, Ky. 42101

Status of Plaintiff: CONVICTED (_) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Stephen Harmon_ is employed as _Jailer_ at _Warren County Regional Jail_.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant _Southren Health Partners_ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant _Jana Marple_ is employed as _Nurse_ at _Warren County Regional Jail_.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

---

I am a inmate at the Warren County Regional Jail. I have caught Covid-19 in this jail. I started feeling bad on or about the 13th day of October, 2020. For two months I put in several requests to see medical and never got a response. On or about the 27th day of October, 2020 at approxmally 8:00 am I was having so much trouble breathing another inmate in the cell with me had to push the button to notify them of my problem. It took the nurse almost a hour to see me and by then my breathing was way worse that the nurse had to give me 4 squirts of a inhaler but my breathing was still so bad I could not even talk. On or about the 17th day of December, 2020 I was tested for Covid-19. On or about the 21st day of December, 2020 I was told my test had came back and I tested positive for Covid-19. I had put in several medical requests to be seen by the nurse after I tested positive for Covid-19 but never got a response to any of my requests. I had lost my smell, lost my taste, had headaches, fatigue, lost of appitite and aching muscles. I

### III. STATEMENT OF CLAIM(S) continued

fought my symptoms without any medical attention the whole time I was sick with Covid-19. To this day I am still having symptoms from it. I still have achs and pains in my muscles, headaches and at times light headed. The Covid-19 is a very serious virus and the jail not giving me proper medical treatment I feel put my life in danger. To this day I still have several medical requests I have filled out and they still not seen me over my symptoms and there for I feel like my health is not being treated right and I feel due to still having Covid-19 symptoms my life is in jeopardy.

IV.   RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__   award money damages in the amount of $ 5,000,000.00

_____   grant injunctive relief by _____

_____   award punitive damages in the amount of $ _____

_____   other: _____

V.   **DECLARATION UNDER PENALTY OF PERJURY**
    **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 9th day of June, 2021.

_____
(Signature of Plaintiff)


_____
(Signature of additional Plaintiff)


_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)